IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JAMES A. JOHNSON, Plaintiff, | ) | NO: CV 00-391 ADM/AJB |
| v. | ) | |
| B. DEAN DEBNAM, Defendant. | ) | |

**ORDER**

The Defendants' obligation to file responsive pleadings to the complaint and the brief in support of those pleadings is ENLARGED through and including June 5, 2000.

SO ORDERED.

This the 2nd day of May, 2000.

United States District Court Judge

MAY 0 2 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK