UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| James A. Johnson, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 00-391 ADM/AJB |
| C. Dean Debnam, | ) | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James A. Johnson (through his undersigned counsel) and Defendant C. Dean Debnam, that the above-entitled action, including all claims and counterclaims asserted therein, may be and the same hereby is dismissed with prejudice and on the merits, and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED by the aforesaid parties that, without further notice to them, a judgment of dismissal with prejudice and on the merits may be entered herein.

Dated: 8/15, 2000

WINTHROP & WEINSTINE, P.A.

By: [signature]
Craig A. Brandt, #214036

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(612) 290-8400

Attorneys for Plaintiff James A. Johnson

Dated: Aug. 15, 2000

[signature]
C. Dean Debnam

FILED 8-17-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 8-17-00
DEPUTY CLERK ______

**ORDER**

Based upon the foregoing stipulation for dismissal with prejudice, and upon all of the file and record herein,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice and on the merits, and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 17, 2000

District Court Judge

STP1: 548145-1
8497.3